## Commonwealth *v.* Parsons, Appellant.

Submitted January 10, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Edward Blumstein,* and *Elkman, Blumstein and Block,* for appellant.

*Linda West Conley, Steven H. Goldblatt* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 26, 1973:

The order of the Superior Court affirming the Court of Common Pleas in denying relief under the Post Conviction Hearing Act, Act of January 25, 1966, P. L. (1965) 1580, §1 *et seq.*, 19 P.S. §1180-1 *et seq.*, is affirmed.